**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LEE GRIFFIN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    24-cv-2532 JPG |
| | ) | |
| RYDER INTEGRATED LOGISTICS, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MEMORANDUM AND  ORDER

This matter comes before the Court on a stipulation of dismissal (doc. 21).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a signed stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 9/11/2025

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE